# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v.   **Case No:** 23-3012

James Rahm, Jr.

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 15-08-2022 | Motion Hearing | Cathryn Jones |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 19-07-2021 | Status Conference | Lisa Griffith |
| 16-06-2021 | Status Conference | Lisa Moreira |
| 03-05-2022 | Status Conference | Jeffrey Hook |
| 18-01-2023 | Sentencing | Tammy Nestor |
| 20-09-2021 | Status Conference | Janice Dickman |
| 28-03-2022 | Status Conference | Lisa Bankins |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States

                                 v.                    **Case No:** 23-3012

James Rahm, Jr.

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 13-10-2022 | Bench Trial | Sarah Wick |
| 31-01-2022 | Status Conference | Timothy Miller |
| | | |
| | | |
| | | |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

_____
_____

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Transcript Status Report was served by First Class Mail, postage prepaid to:

Cathryn Jones  
Court Reporter  
U.S. Courthouse  
333 Constitution Ave.  
Washington, D.C. 20001

and by ECF to counsel for the government on this 4th day of October 2023.

                         Respectfully submitted,

                         /s/ *Jessica Ettinger*  
                         JESSICA ETTINGER  
                         Assistant Federal Defender