APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00150−TFH−1</u>

Case title: USA v. RAHM JR

Magistrate judge case number:  1:21−mj−00201−GMH

Date Filed: 02/24/2021

Assigned to: Judge Thomas F.
Hogan

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **JAMES DOUGLAS RAHM, JR.** | represented by | **Leigh M. Skipper** |

**JAMES DOUGLAS RAHM, JR.**                  represented by      **Leigh M. Skipper**
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
215−979−1157
Fax: 215−689−4939
Email: <u>lmskipper@duanemorris.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Ubong E. Akpan**
FEDERAL PUBLIC DEFENDER FOR THE
DISTRICT OF COLUMBIA
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208−7500
Fax: (202) 208−7515
Email: <u>ubong_akpan@fd.org</u>
*TERMINATED: 04/07/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Anna Kessler**
FEDERAL DEFENDERS
601 Walnut Street
Suite 540 West
Philadelphia, PA 19106
215−928−1100
Email: <u>anna_kessler@fd.org</u>
*ATTORNEY TO BE NOTICED*

*Designation: Public Defender or Community
Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1) | DISMISSED ON MOTION OF THE GOVERNMENT |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1s) | DIRECTED VERDICT OF GUILTY. Defendant sentenced to Twelve (12) Months of incarceration on Count 1s to run concurrently with Counts 2s, 3s, 4s, and 5s, followed by Thirty−Six (36) Months of Supervised Release to run concurrently with Counts 2s and 3s. Special Assessment in the amount of $100. Restitution in the amount of $2,000. |
| 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (2) | DISMISSED ON MOTION OF THE GOVERNMENT |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (2s) | DIRECTED VERDICT OF GUILTY. Defendant sentenced to Twelve (12) Months of incarceration on Count 2s to run concurrently with Counts 1s, 3s, 4s, and 5s, followed by Twelve (12) Months of Supervised Release to run concurrently with Counts 1s and 3s. Special Assessment in the amount of $25. Restitution in the amount of $2,000. |
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3) | DISMISSED ON MOTION OF THE GOVERNMENT |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3s) | DIRECTED VERDICT OF GUILTY. Defendant sentenced to Twelve (12) Months of incarceration on Count 3s to run concurrently with Counts 1s, 2s, 4s, and 5s followed by Twelve (12) Months of Supervised Release to run concurrently with Counts 1s and 2s. Special Assessment in the amount of $25. Restitution in the amount of $2,000. |
| 40 U.S.C. 5104(e)(2)(D); FEDERAL STATUTES, OTHER; Disorderly Conduct in a Capitol Building | DISMISSED ON MOTION OF THE GOVERNMENT |

(4)

40:5104(e)(2)(D); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL
GROUNDS; Disorderly Conduct
in a Capitol Building
(4s)

DIRECTED VERDICT OF GUILTY. Defendant
sentenced to Six (6) Months of incarceration on
Count 4s to run concurrently with Counts 1s, 2s, 3s,
and 5s. Special Assessment in the amount of $10.
Restitution in the amount of $2,000.

40 U.S.C. 5104(e)(2)(G);
FEDERAL STATUTES, OTHER;
Parading, Demonstrating, or
Picketing in a Capitol Building
(5)

DISMISSED ON MOTION OF THE
GOVERNMENT

40:5104(e)(2)(G); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL
GROUNDS; Parading,
Demonstrating, or Picketing in a
Capitol Building
(5s)

DIRECTED VERDICT OF GUILTY. Defendant
sentenced to Six (6) Months of incarceration on
Count 5s to run concurrently with Counts 1s, 2s, 3s,
and 4s. Special Assessment in the amount of $10.
Restitution in the amount of $2,000.

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| COMPLAINT in Violation of
18:1752(a)(1), 18:1752(a)(2),
18:1512(c)(2) and
40:5104(e)(2)(D) & (G) | Directed Verdict of Guilty |

---

**Plaintiff**

**USA**                                    represented by   **Adam Alexander**
                                                           U.S. DEPARTMENT OF JUSTICE−FBI
                                                           United States Attorneys Office
                                                           Federal Building and United States
                                                           Courthouse
                                                           222 W. 7th Avenue #9 RM 253
                                                           Anchorage, AK 99501

907−271−2309
Email: adam.alexander@usdoj.gov
*TERMINATED: 09/14/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Douglas Collyer**
DOJ−USAO
Gateway Building
14 Durkee Street
Room 340
Plattsburgh, NY 12901
(518) 314−7818
Email: douglas.collyer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Kimberly Louise Paschall**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 252−2650
Email: kimberly.paschall@usdoj.gov
*TERMINATED: 03/24/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Jacqueline N. Schesnol**
DOJ−USAO
United States Attorney's Office
40 North Central Avenue
Suite 1800
Phoenix, AZ 85004−4449
(602) 514−7689
Email: jacqueline.schesnol@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**James Pearce**
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION APPELLATE
SECTION
Department of Justice, Criminal Division
950 Pennsylvania Ave NW
Suite 1250
Washington, DC 20530
(202) 532−4991
Fax: (202) 305−2121
Email: james.pearce@usdoj.gov

*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Sean P. Murphy**
U.S. ATTORNEYS OFFICE
District of Puerto Rico
Torre Chardon, Suite 1201
350 Carlos Chardon Avenue
San Juan, PR 00918
787−766−5656
Email: sean.murphy@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/04/2021 | 1 | | SEALED COMPLAINT as to JAMES DOUGLAS RAHM JR (1). (Attachments: # 1 Statement of Facts) (zstd) [1:21−mj−00201−GMH] (Entered: 02/04/2021) |
| 02/04/2021 | 3 | | MOTION to Seal Case by USA as to JAMES DOUGLAS RAHM JR. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21−mj−00201−GMH] (Entered: 02/04/2021) |
| 02/04/2021 | 4 | | ORDER granting 3 Motion to Seal Case as to JAMES DOUGLAS RAHM JR (1). Signed by Magistrate Judge G. Michael Harvey on 02/04/2021. (zstd) [1:21−mj−00201−GMH] (Entered: 02/04/2021) |
| 02/05/2021 | | | Arrest of JAMES DOUGLAS RAHM JR in U.S. District Court for the Eastern District of Pennsylvania (Philadelphia). (zltp) [1:21−mj−00201−GMH] (Entered: 02/25/2021) |
| 02/05/2021 | | | Case unsealed as to JAMES DOUGLAS RAHM JR (zltp) [1:21−mj−00201−GMH] (Entered: 02/25/2021) |
| 02/12/2021 | 5 | | Rule 5(c)(3) Documents Received as to JAMES DOUGLAS RAHM JR from U.S. District Court for the Eastern District of Pennsylvania (Philadelphia) Case Number 2:21−mj−00235 (zltp) [1:21−mj−00201−GMH] (Entered: 02/25/2021) |
| 02/24/2021 | 6 | | INDICTMENT as to JAMES DOUGLAS RAHM JR (1) count(s) 1, 2, 3, 4, 5. (zltp) (Entered: 02/26/2021) |
| 02/24/2021 | 8 | | ORDER Setting Conditions of Release as to JAMES DOUGLAS RAHM JR (1) Personal Recognizance. Signed by Magistrate Judge Robin M. Meriweather on 2/24/2021. (zpt) (Additional attachment(s) added on 4/23/2021: # 1 Appearance Bond) (zkk). (Entered: 02/28/2021) |
| 02/24/2021 | | | MINUTE ORDER: In light of the fact that the Magistrate Case for defendant JAMES DOUGLAS RAHM JR. has closed and merged into Criminal Number 21−150, and an indictment has been filed, there are no additional matters necessitating action by a magistrate judge. If a hearing has not been scheduled before the assigned district judge, the parties are directed to contact the chambers of the assigned district judge to schedule a hearing. Signed by Magistrate Judge Zia M. Faruqui on 2/24/2021. (ztl) (Entered: 03/24/2021) |

| 02/24/2021 | 13 | Arrest Warrant, dated 2/4/2021, returned executed in the U.S. District Court for the District of Columbia on 2/24/2021 as to Defendant JAMES DOUGLAS RAHM, JR. (kk) (zkk). (Entered: 03/25/2021) |
| --- | --- | --- |
| 02/24/2021 | | ORAL MOTION by Defendant JAMES DOUGLAS RAHM, JR. to Appoint Counsel. (kk) (Entered: 03/25/2021) |
| 02/24/2021 | | ORAL MOTION by USA to Exclude Time Under the Speedy Trial Act from 2/24/2021 to 3/24/2021 as to Defendant JAMES DOUGLAS RAHM, JR. (kk) (Entered: 03/25/2021) |
| 02/24/2021 | | Minute Entry for Initial Appearance as to JAMES DOUGLAS RAHM, JR. held by video before Magistrate Judge Robin M. Meriweather on 2/24/2021 : The Court advised the Government of its due process obligations under Rule 5(f). The defendant agreed to proceed by video. Oral Motion by Defendant to Appoint Counsel, heard and granted. Assistant Federal Public Defender Ubong Akpan appointed to represent JAMES DOUGLAS RAHM, JR. Preliminary Hearing set before Magistrate Judge Zia M. Faruqui on 3/24/2021 at 1:00 pm by telephonic/VTC. The defendant agreed to hold his preliminary hearing beyond 21 days to attend to a medical issue. Oral Motion by USA to Exclude Time Under the Speedy Trial Act from 2/24/2021 to 3/24/2021, with the defendant's agreement, heard and granted due to the defendant's unavailability. Bond Status of Defendant: Defendant placed on Personal Recognizance Bond. Court Reporter: FTR Gold − Ctrm. 7; FTR Time Frames: 1:48:35 − 1:55:42 and 1:55:48 − 2:20:52. Defense Attorney: Ubong Akpan; U.S. Attorney: Kelly Smith for Kimberly Paschall; Pretrial Officer: Shay Holman. (kk) (Entered: 03/25/2021) |
| 03/22/2021 | 9 | NOTICE OF ATTORNEY APPEARANCE: Ubong E. Akpan appearing for JAMES DOUGLAS RAHM JR (Akpan, Ubong) (Entered: 03/22/2021) |
| 03/24/2021 | | Set/Reset Hearings as to JAMES DOUGLAS RAHM JR: Arraignment set for 4/14/2021 at 02:00 PM by VTC before Judge Thomas F. Hogan. (hs) (Entered: 03/24/2021) |
| 03/24/2021 | 11 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Alexander, Adam added. Substituting for attorney Kimberly Louise Paschall (Alexander, Adam) (Entered: 03/24/2021) |
| 04/07/2021 | 12 | NOTICE OF ATTORNEY APPEARANCE: Leigh M. Skipper appearing for JAMES DOUGLAS RAHM JR *with Certificate of Service* (Skipper, Leigh) (Entered: 04/07/2021) |
| 04/14/2021 | | Minute Entry for proceedings held before Judge Thomas F. Hogan: Arraignment as to JAMES DOUGLAS RAHM JR (1) held on 4/14/2021. A Not Guilty Plea is entered as to Counts 1−5 of the Indictment. Defendant's oral motion to modify conditions of release; granted. Conditions of release modified: The defendant is permitted to communicate with his son with the exception of issues regarding this case. A written order will issue. Speedy Trial Time Excluded 4/14/2021 − 6/16/2021(XT) in the Interest of Justice. Status Conference set for 6/16/2021 at 02:00 PM by VTC before Judge Thomas F. Hogan. Bond Status of Defendant: Personal Recognizance/Appeared by video; Court Reporter: Lisa Griffith; Defense Attorney: Leigh Skipper; US Attorney: Adam Alexander; (hs) Modified on 4/14/2021 (hs). (Entered: 04/14/2021) |

| 04/14/2021 | 15 | UNOPPOSED MOTION to Modify Conditions of Release *with Certificate of Service* by JAMES DOUGLAS RAHM JR. (Skipper, Leigh) Modified Text on 4/21/2021 (zhsj). (Main Document 15 replaced on 4/21/2021) (zhsj). # 1 Text of Proposed Order) (zhsj). Modified on 4/21/2021 (zhsj). (Entered: 04/14/2021) |
|---|---|---|
| 05/04/2021 | | MINUTE ORDER as to JAMES DOUGLAS RAHM JR. As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Judge Thomas F. Hogan on 5/4/2021. (hs) (Entered: 05/04/2021) |
| 06/16/2021 | | Minute Entry for proceedings held before Judge Thomas F. Hogan: Status Conference as to JAMES DOUGLAS RAHM JR. held on 6/16/2021. AUSA Alexander failed to connect to the hearing. Speedy Trial Time Excluded 6/16/2021 − 7/19/2021(XT). Status Conference rescheduled to 7/19/2021 at 02:00 PM by VTC before Judge Thomas F. Hogan. Bond Status of Defendant: Personal Recognizance/Appeared via video; Court Reporter: Lisa Moriera; Defense Attorney: Leigh Skipper; (hs) (Entered: 06/16/2021) |
| 07/19/2021 | | Minute Entry for proceedings held before Judge Thomas F. Hogan: Status Conference as to JAMES DOUGLAS RAHM JR. held on 7/19/2021. A joint oral request for a continuance; heard and granted. Status Conference set for 9/20/2021 at 02:00 PM by VTC before Judge Thomas F. Hogan. Bond Status of Defendant: Personal Recognizance/Appeared via video; Court Reporter: Lisa Griffith; Defense Attorney: Leigh Skipper; US Attorney: Adam Alexnder; (hs) (Entered: 07/19/2021) |
| 09/14/2021 | 18 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Collyer, Douglas added. (Collyer, Douglas) (Entered: 09/14/2021) |
| 09/14/2021 | 19 | NOTICE *of filing discovery letter* by USA as to JAMES DOUGLAS RAHM JR (Attachments: # 1 Discovery letter)(Collyer, Douglas) (Entered: 09/14/2021) |
| 09/15/2021 | 20 | STATUS REPORT *with respect to discovery* by USA as to JAMES DOUGLAS RAHM JR (Collyer, Douglas) (Entered: 09/15/2021) |
| 09/20/2021 | | Minute Entry for proceedings held before Judge Thomas F. Hogan. Status Conference as to JAMES DOUGLAS RAHM JR held on 9/20/2021. A joint oral request for a (60) day continuance; Heard and Granted. Speedy Trial Excludable (XT) started 9/20/2021 until 11/29/2021, in the interest of justice. Status Conference set for 11/29/2021 at 10:00 AM via video conference before Judge Thomas F. Hogan. Bond Status of Defendant: Remains on PR/Appeared via video; Court Reporter: Janice Dickman; Defense Attorney: Leigh M. Skipper; US Attorney: Douglas Collyer; (zacr) (Entered: 09/20/2021) |
| 09/27/2021 | 22 | NOTICE *of filing discovery letter* by USA as to JAMES DOUGLAS RAHM JR (Attachments: # 1 Discovery letter)(Collyer, Douglas) (Entered: 09/27/2021) |
| 10/14/2021 | 23 | NOTICE *of filing of discovery status memos* by USA as to JAMES DOUGLAS RAHM JR (Attachments: # 1 Exhibit Discovery memo: July 12, 2021, # 2 Exhibit Discovery memo: August 23, 2021, # 3 Exhibit Discovery memo: September 14, 2021)(Collyer, Douglas) (Entered: 10/14/2021) |
| 10/25/2021 | 24 | |

| | | | |
|---|---|---|---|
| | | | STATUS REPORT *with respect to discovery* by USA as to JAMES DOUGLAS RAHM JR (Collyer, Douglas) (Entered: 10/25/2021) |
| 11/10/2021 | 26 | | FIRST SUPERSEDING INDICTMENT as to JAMES DOUGLAS RAHM JR (1) count(s) 1s, 2s, 3s, 4s, 5s. (bb) (Entered: 11/17/2021) |
| 11/12/2021 | 25 | | STATUS REPORT *with respect to discovery* by USA as to JAMES DOUGLAS RAHM JR (Collyer, Douglas) (Entered: 11/12/2021) |
| 11/22/2021 | | | NOTICE OF HEARING as to JAMES DOUGLAS RAHM, JR.: Arraignment/Status Conference reset for 11/29/2021 at 10:15 AM via Zoom before Judge Thomas F. Hogan. (zalh) (Entered: 11/22/2021) |
| 11/29/2021 | | | Minute Entry for video proceedings held before Judge Thomas F. Hogan: Arraignment as to JAMES DOUGLAS RAHM JR. on Counts 1s, 2s, 3s, 4s, and 5s held on 11/29/2021. Plea of NOT GUILTY entered as to Counts 1s, 2s, 3s, 4s, and 5s. Government's oral request for 60 day continuance; heard and granted. Speedy Trial Excludable (XT) started 11/29/2021 until 1/31/2022, in the interest of justice. Status Conference set for 1/31/2022 at 10:15 AM via Zoom before Judge Thomas F. Hogan. Bond Status of Defendant: remains on Personal Recognizance/appeared via video; Court Reporter: Lorraine Herman; Defense Attorney: Leigh M. Skipper; US Attorney: Douglas Collyer. (zalh) (Entered: 11/29/2021) |
| 01/31/2022 | | | Minute Entry for video proceedings held before Judge Thomas F. Hogan: Status Conference as to JAMES DOUGLAS RAHM JR. held on 1/31/2022. Speedy Trial Excludable (XT) started 1/31/2022 until 4/1/2022, in the interest of justice. Status Conference set for 4/1/2022 at 10:15 AM via Zoom before Judge Thomas F. Hogan. Bond Status of Defendant: remains on Personal Recognizance/appeared via video; Court Reporter: Timothy Miller; Defense Attorney: Leigh M. Skipper; US Attorney: Douglas Collyer. (zalh) (Entered: 01/31/2022) |
| 02/15/2022 | 29 | | STATUS REPORT *with respect to discovery* by USA as to JAMES DOUGLAS RAHM, JR (Collyer, Douglas) (Entered: 02/15/2022) |
| 03/04/2022 | | | NOTICE OF HEARING as to JAMES DOUGLAS RAHM, JR.: Status Conference reset for 3/28/2022 at 11:00 AM via Zoom before Judge Thomas F. Hogan. (zalh) (Entered: 03/04/2022) |
| 03/28/2022 | | | Minute Entry for video proceedings held before Judge Thomas F. Hogan: Status Conference as to JAMES DOUGLAS RAHM JR. held on 3/28/2022. Speedy Trial Excludable (XT) started 3/28/2022 until 5/3/2022, in interest of justice. Scheduling Order forthcoming via Chambers. Status Conference set for 5/3/2022 at 11:00 AM via Zoom before Judge Thomas F. Hogan. Bond Status of Defendant: remains on Personal Recognizance/appeared via video; Court Reporter: Lisa Bankins; Defense Attorney: Leigh M. Skipper; US Attorney: Douglas Collyer. (zalh) (Entered: 03/28/2022) |
| 04/01/2022 | 31 | | PRETRIAL ORDER as to JAMES DOUGLAS RAHM JR.: Status Conference set for 5/3/2022 at 11:00 AM via Zoom before Judge Thomas F. Hogan. Motions due by 5/13/2022. Responses due by 5/27/2022. Replies due by 6/3/2022. Motion Hearing set for 6/29/2022 at 2:00 PM via Zoom before Judge Thomas F. Hogan. Joint Pretrial Statement due by 7/18/2022. Proposed Voir Dire due by 7/18/2022. Proposed Jury Instructions due by 7/18/2022. Witness |

| | | |
|---|---|---|
| | | List due by 7/18/2022. Exhibit List due by 7/18/2022. Proposed verdict form due by 7/18/2022. Initial Pretrial Conference set for 7/25/2022 at 10:00 AM in Courtroom 26A− In Person before Judge Thomas F. Hogan. Final Pretrial Conference set for 8/1/2022 at 10:00 AM in Courtroom 26A− In Person before Judge Thomas F. Hogan. Jury Trial set for 8/8/2022 at 9:30 AM in a courtroom that will be determined at a later date before Judge Thomas F. Hogan. Signed by Judge Thomas F. Hogan on 4/1/2022. (zalh) (Entered: 04/01/2022) |
| 05/03/2022 | | Minute Entry for video proceedings held before Judge Thomas F. Hogan: Status Conference as to JAMES DOUGLAS RAHM JR. held on 5/3/2022. Government's oral request for a continuance of the trial; heard and granted. Pretrial Order forthcoming. Speedy Trial Excludable (XT) started 5/3/2022 until 11/28/2022, in the interest of justice. Motion Hearing set for 8/15/2022 at 10:00 AM via Zoom before Judge Thomas F. Hogan. Jury Trial set for 11/28/2022 at 9:30 AM in Courtroom 26A− In Person before Judge Thomas F. Hogan. Bond Status of Defendant: remains on Personal Recognizance/appeared via video; Court Reporter: Jeffrey Hook; Defense Attorneys: Leigh M. Skipper and Anna Kessler; US Attorney: Douglas Collyer. (zalh) (Entered: 05/03/2022) |
| 05/05/2022 | 33 | SECOND PRE−TRIAL ORDER as to JAMES DOUGLAS RAHM, JR.: Motions due by 6/15/2022. Responses due by 6/29/2022. Replies due by 7/6/2022. Motion Hearing set for 8/15/2022 at 10:00 AM via Zoom before Judge Thomas F. Hogan. Joint Pretrial Statement due by 9/26/2022. Proposed Voir Dire due by 9/26/2022. Proposed Jury Instructions due by 9/26/2022. Witness List due by 9/26/2022. Exhibit List due by 9/26/2022. Proposed verdict form due by 9/26/2022. Initial Pretrial Conference set for 10/4/2022 at 2:00 PM in Courtroom 26A− In Person before Judge Thomas F. Hogan. Final Pretrial Conference set for 10/21/2022 at 2:00 PM in Courtroom 26A− In Person before Judge Thomas F. Hogan. Jury Trial set for 11/28/2022 at 09:30 AM in a courtroom that will be determined at a later date before Judge Thomas F. Hogan. Signed by Judge Thomas F. Hogan on 5/5/2022. (zalh) (Entered: 05/05/2022) |
| 05/20/2022 | 34 | NOTICE OF ATTORNEY APPEARANCE: Anna Kessler appearing for JAMES DOUGLAS RAHM, JR *with Certificate of Service* (Kessler, Anna) (Entered: 05/20/2022) |
| 06/13/2022 | 35 | MOTION in Limine *to Bar Inflammatory and Irrelevant Language and Memorandum in Support thereof with Certificate of Service* by JAMES DOUGLAS RAHM, JR. (Skipper, Leigh) (Entered: 06/13/2022) |
| 06/13/2022 | 36 | NOTICE *of Public Authority Defense with Certificate of Service* by JAMES DOUGLAS RAHM, JR (Skipper, Leigh) (Entered: 06/13/2022) |
| 06/14/2022 | 37 | MOTION in Limine *to Exclude Facebook Post and Memorandum in Support thereof with Certificate of Service* by JAMES DOUGLAS RAHM, JR. (Skipper, Leigh) (Entered: 06/14/2022) |
| 06/29/2022 | 38 | Memorandum in Opposition by USA as to JAMES DOUGLAS RAHM, JR re 35 MOTION in Limine *to Bar Inflammatory and Irrelevant Language and Memorandum in Support thereof with Certificate of Service*, 37 MOTION in Limine *to Exclude Facebook Post and Memorandum in Support thereof with Certificate of Service* (Collyer, Douglas) (Entered: 06/29/2022) |
| 07/05/2022 | 39 | |

| | | |
|---|---|---|
| | | MOTION to Appoint Counsel by JAMES DOUGLAS RAHM, JR. (Skipper, Leigh) (Entered: 07/05/2022) |
| 07/06/2022 | 40 | MOTION to Dismiss Count *One of the Superseding Indictment and Memorandum in Support thereof with Certificate of Service* by JAMES DOUGLAS RAHM, JR. (Kessler, Anna) (Main Document 40 replaced on 7/11/2022) (zltp). (Additional attachment(s) added on 7/11/2022: # 1 Text of Proposed Order, # 2 Memorandum in Support) (zltp). (Entered: 07/06/2022) |
| 07/06/2022 | 41 | Unopposed MOTION for Leave to File *Motion to Dismiss Out of Time with Certificate of Service* by JAMES DOUGLAS RAHM, JR. (Kessler, Anna) (Entered: 07/06/2022) |
| 07/07/2022 | 42 | ORDER as to JAMES DOUGLAS RAHM JR.: granting 39 Motion to Appoint Counsel. Signed by Judge Thomas F. Hogan on 7/7/2022. (zalh) (Entered: 07/07/2022) |
| 07/08/2022 | | MINUTE ORDER as to JAMES DOUGLAS RAHM JR.: granting 41 Motion for Leave to File *Motion to Dismiss Out Of Time*. The Opposition to the 40 MOTION to Dismiss Count *One of the Superseding Indictment* is due by 7/18/2022. The Reply is due by 7/22/2022. Signed by Judge Thomas F. Hogan on 7/8/2022. (zalh) (Entered: 07/08/2022) |
| 07/11/2022 | | NOTICE OF HEARING as to JAMES DOUGLAS RAHM JR.: Motion Hearing reset for 11:00 AM on 8/15/2022 via Zoom before Judge Thomas F. Hogan. (zalh) (Entered: 07/11/2022) |
| 07/18/2022 | 43 | Memorandum in Opposition by USA as to JAMES DOUGLAS RAHM, JR re 40 MOTION to Dismiss Count *One of the Superseding Indictment and Memorandum in Support thereof with Certificate of Service* (Collyer, Douglas) (Entered: 07/18/2022) |
| 08/09/2022 | 44 | NOTICE OF ATTORNEY APPEARANCE James Pearce appearing for USA. (Pearce, James) (Entered: 08/09/2022) |
| 08/10/2022 | 45 | NOTICE OF ATTORNEY APPEARANCE Sean P. Murphy appearing for USA. (Attachments: # 1 Certificate of Service)(Murphy, Sean) (Entered: 08/10/2022) |
| 08/15/2022 | | Minute Entry for video proceedings held before Judge Thomas F. Hogan: Motion Hearing as to JAMES DOUGLAS RAHM, JR. held on 8/15/2022 re 35 MOTION in Limine *to Bar Inflammatory and Irrelevant Language*, 37 MOTION in Limine *to Exclude Facebook Post*, and 40 MOTION to Dismiss Count *One of the Superseding Indictment*. Oral argument heard. Oral ruling denying without prejudice 35 Defendant's Motion in Limine *to Bar Inflammatory and Irrelevant Language* for reasons stated on the record; denying without prejudice 37 Defendant's Motion in Limine *to Exclude Facebook Post* for reasons stated on the record and; denying 40 Defendant's Motion to Dismiss Count *One of the Superseding Indictment* for reasons stated on the record. Order forthcoming. Bond Status of Defendant: remains on Personal Recognizance/appeared via video; Court Reporter: Cathryn Jones Defense Attorneys: Leigh M. Skipper and Anna Kessler; US Attorneys: Douglas Collyer, James Pearce, and Sean P. Murphy. (zalh) (Entered: 08/15/2022) |

| | | |
|---|---|---|
| 08/16/2022 | 47 | ORDER as to JAMES DOUGLAS RAHM JR. Signed by Judge Thomas F. Hogan on 8/16/2022. (zalh) (Entered: 08/16/2022) |
| 08/24/2022 | 48 | Unopposed MOTION for Leave to File *Response out of time* by USA as to JAMES DOUGLAS RAHM, JR. (Attachments: # 1 Text of Proposed Order)(Collyer, Douglas) (Entered: 08/24/2022) |
| 08/24/2022 | 49 | RESPONSE by USA as to JAMES DOUGLAS RAHM, JR re 36 Notice (Other) *in opposition to public authority defense* (Collyer, Douglas) (Entered: 08/24/2022) |
| 08/25/2022 | | MINUTE ORDER as to JAMES DOUGLAS RAHM JR.: granting 48 Unopposed Motion for Leave to File *Response out of time*. Signed by Judge Thomas F. Hogan on 8/25/2022. (zalh) (Entered: 08/25/2022) |
| 09/02/2022 | 50 | NOTICE OF ATTORNEY APPEARANCE Jacqueline N. Schesnol appearing for USA. (Schesnol, Jacqueline) (Entered: 09/02/2022) |
| 09/02/2022 | 51 | REPLY by JAMES DOUGLAS RAHM, JR re 49 Response to document 36 *Defendant's Notice of Public Authority Defense with Certificate of Service* (Kessler, Anna) (Entered: 09/02/2022) |
| 09/29/2022 | 52 | Joint MOTION *for a stipulated trial*, Joint MOTION to Exclude *speedy trial* by USA as to JAMES DOUGLAS RAHM, JR. (Attachments: # 1 Text of Proposed Order)(Collyer, Douglas) Modified text and event type on 9/30/2022 (zltp). (Entered: 09/29/2022) |
| 09/29/2022 | 54 | Joint STATUS REPORT by USA as to JAMES DOUGLAS RAHM, JR. (See docket entry 52 to view document.) (zltp) (Entered: 09/30/2022) |
| 09/30/2022 | 53 | ORDER as to JAMES DOUGLAS RAHM, JR granting 52 Joint Motion to Convert Hearing and schedule a stipulated trial, Joint MOTION to Exclude speedy trial by USA. Stipulated Trial set for 10/13/2022 at 2:00 PM in Courtroom 26A− In Person before Judge Thomas F. Hogan. Speedy Trial Is Excluded 9/29/22 to 10/13/22 In The Interest Of Justice (XT). (See Order For Details)Signed by Judge Thomas F. Hogan on 09/30/22. (mac) (Entered: 09/30/2022) |
| 10/03/2022 | | NOTICE OF COURTROOM CHANGE in case as to JAMES DOUGLAS RAHM, JR.: Stipulated Trial set for 10/13/2022 at 2:00 PM in Courtroom 24A− In Person before Judge Thomas F. Hogan. (zalh) (Entered: 10/03/2022) |
| 10/11/2022 | | MINUTE ORDER as to JAMES DOUGLAS RAHM, JR.: In preparation for the Stipulated Trial scheduled for October 13, 2022 at 2:00 PM, the parties are hereby ORDERED to confer and be prepared to discuss Defendant's maximum possible penalty, including imprisonment, fine, and term of supervised release. Signed by Judge Thomas F. Hogan on 10/11/2022. (zalh) (Entered: 10/11/2022) |
| 10/12/2022 | 55 | NOTICE *of filing of items incompatible with CM/ECF filing* by USA as to JAMES DOUGLAS RAHM, JR (Collyer, Douglas) (Entered: 10/12/2022) |
| 10/13/2022 | | Minute Entry for proceedings held before Judge Thomas F. Hogan: Stipulated Bench Trial as to JAMES DOUGLAS RAHM, JR. held on 10/13/2022. The Court finds the Defendant GUILTY as to Counts 1s, 2s, 3s, 4s and 5s. REFERRAL TO PROBATION OFFICE for Presentence Investigation. Sentencing Memoranda due by 1/11/2023. Sentencing set for 1/18/2023 at 2:00 |

| | | |
|---|---|---|
| | | PM in Courtroom 26A− In Person before Judge Thomas F. Hogan. Bond Status of Defendant: remains on Personal Recognizance; Court Reporter: Sara Wick; Defense Attorney: Leigh M. Skipper; US Attorney: Douglas Collyer. (zalh) (Entered: 10/13/2022) |
| 10/13/2022 | 57 | STATEMENT OF FACTS FOR STIPULATED TRIAL by USA and JAMES DOUGLAS RAHM, JR. (zalh) (Entered: 10/13/2022) |
| 10/13/2022 | 58 | AGREEMENT AND WAIVER OF JURY TRIAL RIGHTS by JAMES DOUGLAS RAHM, JR. (zalh) (Entered: 10/14/2022) |
| 10/13/2022 | 59 | WAIVER of Trial by Jury as to JAMES DOUGLAS RAHM, JR. Approved by Judge Thomas F. Hogan on 10/13/2022. (zalh) (Entered: 10/14/2022) |
| 12/28/2022 | 62 | OBJECTION TO REPORT AND RECOMMENDATIONS by USA as to JAMES DOUGLAS RAHM, JR (Collyer, Douglas) (Entered: 12/28/2022) |
| 01/11/2023 | 63 | SENTENCING MEMORANDUM by USA as to JAMES DOUGLAS RAHM, JR (Collyer, Douglas) (Entered: 01/11/2023) |
| 01/11/2023 | | MINUTE ORDER as to JAMES DOUGLAS RAHM, JR.: denying 64 Defendant's Sealed Motion for Leave to File Document Under Seal. Defendant has not demonstrated any basis for filing his sentencing memorandum under seal. Any personal contact information contained in the letters submitted in Exhibit B can be appropriately redacted. SO ORDERED. Signed by Judge Thomas F. Hogan on 1/11/2023. (zalh) (Entered: 01/11/2023) |
| 01/11/2023 | 67 | SENTENCING MEMORANDUM by JAMES DOUGLAS RAHM, JR (Attachments: # 1 Exhibit Sentencing Chart, # 2 Exhibit Letters of Support (Redacted))(Skipper, Leigh) (Entered: 01/11/2023) |
| 01/18/2023 | | Minute Entry for proceedings held before Judge Thomas F. Hogan: Sentencing held on 1/18/2023 as to JAMES DOUGLAS RAHM, JR. on Counts 1s − 5s. Defendant sentenced to Twelve (12) Months of incarceration on Count 1s, Twelve (12) Months of incarceration on each of Counts 2s and 3s, and Six (6) Months of incarceration on each of Counts 4s and 5s, all counts to run concurrently. Followed by Thirty−Six (36) Months of Supervised Release on Count 1s and Twelve (12) Months of Supervised Release on each of Counts 2s and 3s, Counts 1s − 3s to run concurrently. Special Assessment of $100 for Count 1, $25 for each of Counts 2s and 3s, and $10 for each of Counts 4s and 5s, for a total of $170. Restitution of $2,000. Defendant allowed to voluntarily surrender. Bond Status of Defendant: remains on Personal Recognizance until self−surrender; Court Reporter: Tammy Nestor; Defense Attorneys: Leigh M. Skipper and Anna Kessler; US Attorneys: Douglas Collyer and Jacqueline N. Schesnol; Probation Officer: Crystal Lustig. (zalh) (Entered: 01/19/2023) |
| 01/19/2023 | 71 | JUDGMENT as to JAMES DOUGLAS RAHM, JR. Statement of Reasons Not Included. Signed by Judge Thomas F. Hogan on 1/19/2023. (zstd) (Entered: 01/24/2023) |
| 01/19/2023 | 72 | STATEMENT OF REASONS as to JAMES DOUGLAS RAHM, JR re 71 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Thomas F. Hogan on 1/19/2023. (zstd) (Entered: 01/24/2023) |
| 01/23/2023 | 69 | |

|  |  |  | Unopposed MOTION to Dismiss Count *in Initial Indictment* by USA as to JAMES DOUGLAS RAHM, JR. (Attachments: # 1 Text of Proposed Order)(Schesnol, Jacqueline) (Entered: 01/23/2023) |
| 01/23/2023 | 70 |  | ORDER as to JAMES DOUGLAS RAHM JR.: granting 69 Motion to Dismiss Initial Indictment. Signed by Judge Thomas F. Hogan on 1/23/2023. (zalh) (Entered: 01/23/2023) |
| 01/25/2023 | 73 |  | NOTICE OF APPEAL − Final Judgment by JAMES DOUGLAS RAHM, JR re Sentencing,,,,. Fee Status: No Fee Paid. Parties have been notified. (Kessler, Anna) (Main Document 73 replaced with redaction of defendant's adddress on 1/25/2023) (zstd). Modified on 1/25/2023 (zstd). (Entered: 01/25/2023) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No.  21-150
)
JAMES DOUGLAS RAHM, JR. )

## NOTICE OF APPEAL

Name and address of appellant:   James Douglas Rahm, Jr.

Name and address of appellant's attorney:   Anna Kessler, Esquire
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 540 West
Philadelphia, PA 19106

Offense: 18 U.S.C. §1512(c)(2) and 2 (Count One); 18 U.S.C. § 1752(a)(1) (Count Two); 18 U.S.C. § 1752(a)(2) (Count Three); 18 U.S.C. § 5104(e)(2)(D) (Count Four) and 18 U.S.C. § 5104(e)(2)(G) (Count Five)

Concise statement of judgment or order, giving date, and any sentence: Sentence imposed on January 18, 2023.

Defendant sentenced to Twelve (12) Months of incarceration on Count 1s, Twelve (12) Months of incarceration on each of Counts 2s and 3s, and Six (6) Months of incarceration on each of Counts 4s and 5s, all counts to run concurrently.

Name and institution where now confined, if not on bail:   On Personal Recognizance until self-surrender.

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

1-23-23
DATE

APPELLANT
*Anna Kessler*

ATTORNEY FOR APPELLANT

| | | |
|---|---|---|
| GOVT. APPEAL, NO FEE | | |
| CJA, NO FEE | | |
| PAID USDC FEE | | |
| PAID USCA FEE | | |

| | YES | NO | |
|---|---|---|---|
| Does counsel wish to appear on appeal? | | NO | X |
| Has counsel ordered transcripts? | | NO | X |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES X | NO | |

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) |
| JAMES DOUGLAS RAHM JR. | ) |
| | ) Case Number: 21-CR-150 (TFH) |
| | ) USM Number: 29008-509 |
| | ) |
| | ) Leigh M. Skipper and Anna Kessler |
| | ) Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s)  _____

☐ pleaded nolo contendere to count(s)  _____
   which was accepted by the court.

☑ was found guilty on count(s)   1s, 2s, 3s, 4s, and 5s of the superseding indictment filed on 11/10/2021
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §§ 1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 1s |
| 18 USC § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds | 1/6/2021 | 2s |

   The defendant is sentenced as provided in pages 2 through ____8____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)  _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/18/2023
Date of Imposition of Judgment

_Thomas F. Hogan_
Signature of Judge

Thomas F. Hogan, U.S. District Judge
Name and Title of Judge

1/19/2023
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page ___2___ of ___8___

DEFENDANT:   JAMES DOUGLAS RAHM JR.
CASE NUMBER:   21-CR-150 (TFH)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | 1/6/2021 | 3s |
| 40 USC § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 4s |
| 40 USC § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 5s |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:   JAMES DOUGLAS RAHM JR.
CASE NUMBER:   21-CR-150 (TFH)

Judgment — Page ___3___ of ___8___

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Twelve (12) months on Count 1s, Twelve (12) months on each of Counts 2s and 3s, and Six (6) months on each of Counts 4s and 5s, all counts to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant to be placed at FCI Fort Dix or FCI Fairton.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☑ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3 — Supervised Release

Judgment—Page   4   of   8

DEFENDANT:   JAMES DOUGLAS RAHM JR.
CASE NUMBER:   21-CR-150 (TFH)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Thirty-six (36) months of supervised release on Count 1s and Twelve (12) months on each of Counts 2s and 3s, with all such terms to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page __5__ of __8__

DEFENDANT:  JAMES DOUGLAS RAHM JR.
CASE NUMBER:  21-CR-150 (TFH)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.  If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13.  You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

Case 1:21-cr-00150-TFH   Document 74   Filed 01/25/23   Page 20 of 22
AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release
USCA Case #23-3012   Document #1983751   Filed: 01/30/2023   Page 20 of 22

Judgment—Page    6    of    8

DEFENDANT:  JAMES DOUGLAS RAHM JR.
CASE NUMBER:  21-CR-150 (TFH)

## SPECIAL CONDITIONS OF SUPERVISION

Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Re-entry Progress Hearing - Within forty-five days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district in which you are supervised will submit a progress report to the court within the thirty days of the commencement of supervision; and upon receipt of the progress report, the Court will determine if your appearance is required.

Financial Payment Schedule – Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows: Payment in equal monthly installments of $100 until it is paid in full, to commence 30 days after release from imprisonment to a term of supervision.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

|  | Judgment — Page | 7 | of | 8 |

DEFENDANT: JAMES DOUGLAS RAHM JR.
CASE NUMBER: 21-CR-150 (TFH)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 170.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Architect of the Capitol | | $2,000.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building, Room H2-205B | | | |
| Washington, DC 20515 | | | |
| **TOTALS** | $ 0.00 | $ 2,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 1:21-cr-00150-TFH   Document 74   Filed 01/25/23   Page 22 of 22
USCA Case #23-3012   Document #1983751      Filed: 01/30/2023      Page 22 of 22

Judgment — Page __8__ of __8__

DEFENDANT:  JAMES DOUGLAS RAHM JR.
CASE NUMBER:  21-CR-150 (TFH)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __170.00__ due immediately, balance due

☐ not later than _____ , or

☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.