# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 23-3012                                                            September Term, 2022

1:21-cr-00150-TFH-1

Filed On: February 10, 2023 [1985468]

United States of America,

        Appellee

    v.

James Douglas Rahm, Jr.,

        Appellant

**O R D E R**

    The notice of appeal was filed on January 25, 2023, and docketed in this court on January 30, 2023. Appellant has been allowed by the district court to prosecute the appeal without prepayment of costs, and appellant is being represented on appeal by the Federal Community Defender for the Eastern District of Pennsylvania. It is, on the court's own motion,

    **ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Docketing Statement Form | February 27, 2023 |
| Entry of Appearance Form | February 27, 2023 |
| Transcript Status Report | February 27, 2023 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                             FOR THE COURT:
                                                             Mark J. Langer, Clerk

                                 BY:     /s/
                                                         Lynda M. Flippin
                                                         Deputy Clerk

The following forms and notices are available on the Court's website:

Criminal Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form